IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN ADMIRALTY



FILED by _____ D.C.
SEP 23 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - MIAMI

09-22857

CIV-JORDAN

McALILEY

| | |
|---|---|
| DANMAR LINES, LTD. | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| CMA CGM S.A., CMA CGM (AMERICA) LLC, and N.B.T. TRANSPORT, INC. | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff DANMAR LINES, LTD ("Plaintiff"), by and through its attorneys, as and for its Complaint against defendants CMA CGM S.A., CMA CGM (AMERICA) LLC and N.B.T. TRANSPORT, INC. ("Defendants") alleges upon information and belief as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. §1333.

2. The Court also has jurisdiction over this claim per 28 U.S.C. § 1332 in that the citizenship of the parties is diverse and, the amount in controversy exceeds $75,000 exclusive of interest and costs.

3. There is also pendent, ancillary and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. Plaintiff also brings this action for a declaratory judgment pursuant to 28 U.S.C. § 2201 *et seq.* and Rule 57 of the Federal Rules of Civil Procedure.

5. Venue is proper in this district pursuant to 28 U.S.C. §1391.

**PARTIES**

6. Plaintiff is a foreign business entity with its principal place of business outside of this District.

7. Defendant CMA CGM S.A. is a corporation organized and existing under the laws of a foreign company with its principal place of business in a foreign country, and was and now is engaged in business as a carrier of merchandise by sea, rail and by road for hire and maintains a place of business in Miami, Florida. CMA CGM S.A. does business in the State of Florida and is subject to the jurisdiction of this Court. Alternatively, CMA CGM is subject to in personam jurisdiction in this Court pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure.

8. Defendant CMA CGM (America) LLC is a limited liability company organized and existing under the laws of the State of New Jersey with a principal place of business in Virginia, and was and now is engaged in business as a carrier of merchandise by sea, rail and by road for hire and maintains a place of business in Miami, Florida. Upon information and belief CMA CGM (America) LLC does business in the State of Florida and is subject to the jurisdiction of this Court.

9. Defendant N.B.T. TRANSPORT, INC. is a Florida corporation with a principal place of business in Miami, Florida.

## FACTS

10. Plaintiff issued an Express Bill of Lading PAR063337 dated 9/09/08 Emerainville to Guerlain S A for the carriage of a container said to contain 569 Boxes of Perfumery Products from Orphin, France to Miami Florida, consigned to Monarch Sales Ltd. (the "Shipment").

11. Plaintiff arranged for Defendants CMA CGM S.A. and/or CMA CGM (America) LLC to carry the Shipment from Le Havre, France to Miami, Florida pursuant to the CMA Defendants' Bill of Lading FR1576505 dated 9/09/08.

12. Plaintiff arranged for Defendant N.B.T. TRANSPORT, INC. to carry the Shipment from the CMA Defendants' facility at 2020 Port Blvd, Miami, Florida to Monarch Sales Ltd.'s facility at 11955 SW 142 Terrace, Miami Florida pursuant to N.B.T.'s Bill of Lading dated Sep-24-2008.

13. Guerlain S A and its subrogated insurers allege that the Shipment was not returned in like good order from the possession, custody and/or control of Defendants.

14. Guerlain S A and its subrogated insurers have made a claim against Plaintiff in the amount of € 84,344.47.

15. Plaintiff has made due demand for payment of the claim but Defendants have failed and refused to make payment of the claim.

## FIRST CAUSE OF ACTION

16. Plaintiff repeats and realleges each and every paragraph contained herein.

17. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

18. While denying any liability for damages to Guerlain S A and its subrogated insurers, if the Shipment was not returned in like good condition as alleged by Guerlain S A and Plaintiff is held liable or caused to make payment for such, it resulted solely from the fault,

negligence, gross negligence and/or lack of care, breach of contract and/or breach of warranty (express or implied), omission or other wrongful act on the part of one or more of the Defendants, or their agents or sub-contractors.

19. As a result of the foregoing, Plaintiff claims against Defendants for any and all sums which Plaintiff may be required to pay, including attorneys' fees and expenses.

## SECOND CAUSE OF ACTION

20. Plaintiff repeats and realleges each and every paragraph contained herein.

21. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

22. While denying any liability for damages to Guerlain S A and its subrogated insurers, if Plaintiff should be held liable to Guerlain S A and its subrogated insurers, then Plaintiff asserts that it shall be entitled to contribution from Defendants.

## THIRD CAUSE OF ACTION

23. Plaintiff repeats and realleges each and every paragraph contained herein.

24. Plaintiff asserts this claim without prejudice to or waiver of any defenses that may be available to it.

25. While denying any liability for damages to Guerlain S A and its subrogated insurers, if Plaintiff should be adjudged liable to Guerlain S A and its subrogated insurers, Plaintiff asserts that any and all injuries and damages allegedly sustained by Guerlain S A and its subrogated insurers were the proximate result of the actions of one or more of the Defendants. As such, Defendants are liable to Plaintiffs, by way indemnification for any and all sums which it may be required to pay in this action, including attorneys' fees and expenses.

## PRAYER

WHEREFORE, while denying any liability for damages to Guerlain S A and its subrogated insurers, if Plaintiff should be held liable to Guerlain S A and its subrogated insurers, Plaintiff prays the Court enter a judgment on its Complaint against Defendants CMA CGM S.A., CMA CGM (America) LLC and N.B.T. TRANSPORT, INC., together with an award of costs, costs of suit, interest and reasonable attorney's fees, and for such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 23, 2009

**DUANE MORRIS LLP**
200 South Biscayne Boulevard
Wachovia Financial Center
Suite 3400
Miami, Florida 33131
Telephone: 305.960.2200
Facsimile: 305.397.2536

_____
Warren D. Zaffuto, Esq.
Florida Bar No. 074346
WDZaffuto@duanemorris.com

and

**Of Counsel:**

James W. Carbin
(motion *pro hac vice* to be filed)
**DUANE MORRIS LLP**
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: 973.424.2035
Facsimile: 973.556.1144
JWCarbin@duanemorris.com

*Counsel for Plaintiff*

# CIVIL COVER SHEET

JS 44 (Rev. 12/96)

09-22857

FILED by RW D.C.
SEP 23 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF
DANMAR LINES, LTD.

### DEFENDANT
CMA CGM S.A., CMA CGM (AMERICA) LLC, and N.B.T. TRANSPORT, INC.

(b) County of Residence of First Listed Plaintiff: FOREIGN CORP. - SWITZERLAND
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: NORFOLK, VA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
DUANE MORRIS LLP,
Warren D. Zaffuto, Fla. Bar No. 0743461
200 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
Telephone: 305.960.2200

Attorneys (If Known)

CIV-JORDAN
[McALILEY]

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (Place an "X" in One Box Only)

### A CONTRACT
- [ ] 110 Insurance
- [x] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

### A TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury— Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### A PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### B SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS–Third party 26 USC 7609

### A OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC/Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions A or B

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence

**HABEAS CORPUS:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Conditions

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
**Rule 9(h) of the FRCP – loss/damages to cargo.**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND: EXCESS OF $75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY:
(See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE September 23, 2009
SIGNATURE OF ATTORNEY OF RECORD W. Zaffuto

FOR OFFICE USE ONLY
RECEIPT # 1008937    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE
9/23/09